IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Maxwell D. Kinman, :
:
    Plaintiff(s), :
: Case Number: 1:16cv329
vs. :
: Judge Susan J. Dlott
United States of America, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 7, 2016 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 27, 2016, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. 14) is DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court